```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEVADA
                       RENO DIVISION
```

LORRAINE TORRES,                )
                                )
          Plaintiff,             )
                                )
     v.                          )CIVIL ACTION NO.
                                )3:14-cv-00113-RCJ-WGC
                                )
CAROLYN W. COLVIN,               )
Acting Commissioner of           )
Social Security,                 )
                                )
          Defendant.             )

## ORDER

AND NOW, this <u>20th</u> day of <u>November</u> 2014, upon consideration of Plaintiff's Motion for an Enlargement of Time, it is hereby **ORDERED** that the time in which Plaintiff may file an opening brief is enlarged to December 4, 2014.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE