**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LORRAINE A. TORRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>　　　　Defendant. | CASE NO.: 3:14-CV-00113-RCJ-WGC<br><br>**ORDER** |

　　　Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#22[1]) entered on July 31, 2015, recommending that the Court deny Plaintiff's Motion for Reversal and/or Remand (ECF #17) and grant Commissioner's Cross-Motion to Affirm (ECF #18/19).  On August 11, 2015, Plaintiff filed her Objections to Magistrate Judge's Report and Recommendation (ECF #23) and Defendant filed her Response to Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (ECF #24) on August 25, 2015.

　　　The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#22) entered on July 31, 2015, should be ADOPTED AND ACCEPTED.

　　　IT IS HEREBY ORDERED that Plaintiff's Motion for Reversal and/or Remand (ECF #17) is DENIED.

　　　IT IS FURTHER ORDERED that the Commissioner's Cross-Motion to Affirm (ECF #18/19) is GRANTED.  The clerk of the Court shall close the case.

　　　IT IS SO ORDERED this 4th day of September, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES

---

[1] Refers to court's docket number.